Elizabeth P. Hodes, AK Bar No. 0511108
Anne Marie Tavella, AK Bar No. 1506045
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
elizabethhodes@dwt.com
annemarietavella@dwt.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MADHU PRASAD, M.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROVIDENCE HEALTH & SERVICES, INC, )<br>d/b/a PROVIDENCE ALASKA MEDICAL )<br>CENTER, INC., and PRESTON SIMMONS, )<br>)<br>Defendants. )<br>) | Case No. 3AN-20-09778 CI |

**NOTICE TO THE COURT OF REMOVAL OF ACTION**

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the District of Alaska. This notice is provided pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal without attachments, is attached hereto as **Exhibit A.** Accordingly, this lawsuit has been removed from this Court to the United States District Court of the District of Alaska. This removal terminates all proceedings in this Court unless and until the case is remanded. *See* 28 U.S.C. § 1446(d).

DATED this 19th day of January, 2021.

DAVIS WRIGHT TREMAINE LLP
Attorneys for PROVIDENCE HEALTH & SERVICES, INC, d/b/a PROVIDENCE ALASKA MEDICAL CENTER, INC.

By: _____
Elizabeth P. Hodes, AK Bar No. 0511108
Anne Marie Tavella, ABA #1506045

Certificate of Service

On the 19th day of January, 2020, a true and correct copy of the foregoing document was sent to the following parties via U.S. Mail, postage paid:

William H. Ingaldson
Ingaldson Fitzgerald, P.C.
813 W 3rd Avenue
Anchorage, AK 99501-2001

By: /s/ *Kris Hamann*

NOTICE TO THE COURT OF REMOVAL OF ACTION - Page 2 of 2
*Madhu Prasad, M.D. v. Providence Health & Services, Inc., et al.*, Case No. 3AN-20-09778CI

4848-8936-4438v.1 0027208-000109